ACCEPTED
03-15-00442-CR
6761310
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 11:42:43 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-15-00442-CR

| | | |
|---|---|---|
| MARISSA CALDERON APPELLANT | § | IN THE THIRD COURT |
| VS. | § | OF APPEALS |
| STATE OF TEXAS APPELLEE | § | TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 11:42:43 AM
JEFFREY D. KYLE
Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF UNDER THE AUTHORITY OF T.R.A.P 10.5

TO THE HONORABLE COURT OF APPEALS

COMES NOW Raymond Espersen Counsel for Marissa Calderon and respectfully requests this his first continuance.

Appellant's counsel has not been able to devote the proper time to Appellant's appeal because of a particularly busy trial docket. Appellant's Counsel would respectfully request and pray that the Court of Appeals grant him an extension of 60 days in consideration of the aforementioned. From September 3, 2015 until November 3, 2015.

Raymond Espersen
Attorney for Appellant
State Bar No. 0667550
316 W. 12th St. Ste. 101B
Austin, TX. 78701866
Phone (512) 472-6166

Served by fax delivery on the Travis County attorney's office at on September 2, 2015 at (512) 854-9316

Raymond Espersen